### LENORE A. SULLIVAN ET AL. *v.* TOWN OF MONROE ET AL.

The petition of Irving A. Nelson and Nancy Burton for certification for appeal from the Appellate Court (AC 22520) is denied.

*Nancy Burton,* in support of the petition.

*Gregory M. Conte,* in opposition.

Decided September 19, 2002

### NORWEST BANK MINNESOTA ET AL. *v.* AHMED A. DADI ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 23057) is denied.

*Ahmed A. Dadi,* pro se, in support of the petition.

Decided September 19, 2002